# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CASSANDRA SMITH,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No. 17-2020 (JEB/RMM) |

## MEMORANDUM OPINION

This matter is before the Court on the Report and Recommendation filed by Magistrate Judge Robin M. Meriweather on August 8, 2018. The 14-day period during which the parties may file objections to the Report has expired, see Local Civil Rule 72.3(b), and neither party has filed.

Plaintiff Cassandra Smith, on behalf of her minor child N.M., brought this action seeking reimbursement of the fees and costs incurred by her attorney in this Individuals with Disabilities Education Act matter. See ECF No. 1. After a briefing schedule was issued, she moved for fees on December 7, 2017. See ECF No. 9. In a thorough 23-page Report, Judge Meriweather recommended granting much of her request and awarding $86,208.98 in fees and $2,695.50 in costs. See ECF No. 15.

After consideration of the Report, the absence of any party's objection thereto, the entire record before the Court, and the applicable law, the Court will adopt the Report and grant in part and deny in part Plaintiff's Motion for Attorney Fees and Costs.

A separate final Order accompanies this Memorandum Opinion.

/s/ *James E. Boasberg*<br>
JAMES E. BOASBERG<br>
United States District Judge

Date: August 27, 2018